```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
TYLER BAKER, individually and on          :   25cv2797 (DLC)
behalf of all others similarly            :
situated,                                 :   ORDER
                                          :
                         Plaintiff,       :
              -v-                         :
                                          :
YAHOO INC.,                               :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on April 3, 2025 by Lowey Dannenberg, P.C. ("Lowey"). A related action (25cv2943) was filed on April 9 by Milberg Coleman Bryson Phillips Grossman, PLLC. An Order of April 15 consolidated these actions under the above-captioned docket number (25cv2797).

Pursuant to the Order of April 15, the plaintiffs filed a submission on April 23 that (1) explains why, in their view, more than one interim lead class counsel should be appointed; and (2) states that if only law firm is appointed interim lead class counsel, it should be Lowey. The Court is not persuaded that appointment of two law firms is warranted. Accordingly, it is hereby

ORDERED that Lowey is appointed interim lead class counsel.

IT IS FURTHER ORDERED that the plaintiffs shall file a consolidated complaint by June 6, 2025.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for June 6, 2025 is cancelled.

IT IS FURTHER ORDERED that the parties shall by June 20, 2025 submit joint or separate proposals for the conduct of pretrial proceedings in this litigation, including proposed schedules for discovery and briefing on any motion for class certification.

Dated:    New York, New York
          April 23, 2025

                                                  DENISE COTE
                                      United States District Judge