AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Tyler Baker | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-cv-2797 |
| Yahoo Inc. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Yahoo Inc.
770 Broadway, New York, NY, 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christian Levis
Lowey Dannenberg, P.C.
44 S. Broadway, Suite 1100
White Plains, NY 10601
914-997-0500
clevis@lowey.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/21/2025

/S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02797-DLC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Yahoo Inc. was received by me on *(date)* May 22, 2025, 11:06 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robin Hutt-Banks, Intake Specialist authorized to accept, who is designated by law to accept service of process on behalf of *(name of organization)* Yahoo Inc. on *(date)* Fri, May 23 2025 at 2:31 PM ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $83.55.

I declare under penalty of perjury that this information is true.

Date: May 27, 2025

*Server's signature*

Sharlene Brooks, Process Server
*Printed name and title*

Delaware Attorney Services
3516 Silverside Road, Unit 16, Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial

1) Successful Attempt: May 23, 2025, 2:31 pm EDT at Corporation Trust Company, Registered Agent 1209 Orange St., Wilmington, DE 19801 received by Robin Hutt-Banks, Intake Specialist authorized to accept. Age: 50; Ethnicity: African American; Gender: Female; Weight: 150 lb; Height: 5'6"; Hair: Brown;