```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
TYLER BAKER et al., individually and :   25cv2797 (DLC)
on behalf of all others similarly    :
situated,                            :   ORDER
                                     :
                        Plaintiff,   :
              -v-                    :
                                     :
YAHOO INC.,                          :
                                     :
                        Defendant.   :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On June 20, 2025, the parties filed a joint proposal for conduct of further pretrial proceedings. Having reviewed the parties' submission, it is hereby

ORDERED that any motion to dismiss shall be filed by July 30, 2025.

IT IS FURTHER ORDERED that the plaintiffs shall file any amended complaint by August 29, 2025. It is unlikely that the plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiffs shall file any opposition to the motion to dismiss by August 29, 2025. The defendant's reply, if any, shall be filed by September 19, 2025. At the time any reply is due, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that discovery is stayed until resolution of the motion to dismiss.

Dated:  New York, New York
        June 24, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge