# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166
Tel 212.351.4000
www.gibsondunn.com

Lauren R. Goldman
Direct: +1 212.351.2375
LGoldman@gibsondunn.com

July 29, 2025

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Baker v. Yahoo Inc.*, Case No. 1:25-cv-02797-DLC (S.D.N.Y.)

Dear Judge Cote:

We represent Defendant Yahoo, Inc. in the above-referenced matter. We write, with plaintiffs' consent, to seek a short extension of the briefing schedule on Yahoo's forthcoming motion to dismiss plaintiffs' Complaint.

On June 24, 2025, the Court ordered Yahoo to file any motion to dismiss by July 30, 2025, plaintiffs to file any amended complaint or opposition to the motion to dismiss by August 29, 2025, and Yahoo to file any reply by September 19, 2025. Due to unforeseen conflicts, Yahoo requested plaintiffs' consent to a brief extension of this schedule, and plaintiffs agreed. This is Yahoo's first request for an extension of time. There is no hearing currently scheduled on Yahoo's motion to dismiss.

Counsel for Yahoo met and conferred with counsel for plaintiffs, and the parties agreed to the following revised briefing schedule:

Yahoo's motion to dismiss will be due on August 4, 2025. Plaintiffs may file an amended complaint or, if not, an opposition to the motion to dismiss by September 4, 2025. Yahoo's reply, if any, will be due on September 25, 2025.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Lauren Goldman*
Lauren Goldman

Cc: All counsel of record (via ECF)

So Ordered,

*[signature]*
7/30/25

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.