**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TYLER BAKER, WILLIAM DAVIS, BRIAN HUNTING, LOUIS CORVI, and CHRISTOPHER HACKETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO INC.,<br><br>Defendant. | Case No. 1:25-cv-2797-DLC<br><br>Hon. Denise L. Cote |

**DECLARATION OF JACOB U. ARBER IN SUPPORT OF YAHOO INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

I, Jacob U. Arber, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP and counsel to Defendant Yahoo Inc. in the above-captioned action. I am licensed to practice law in the States of New York and California. I am a member of the bar of this Court.

2. I submit this declaration in support of Defendant Yahoo Inc.'s Motion to Dismiss, dated August 4, 2025.

3. Attached hereto as **Exhibit 1-A** is a true and correct copy of Paramount's Privacy Policy (which applies to the CBS Sports website), with an effective date of February 26, 2025, which is publicly available on Paramount's website: https://www.viacomcbsprivacy.com /en/policy.

4. Attached hereto as **Exhibit 1-B** is a true and correct copy of Paramount's Privacy Policy (which applies to the CBS Sports website), with an effective date of April 15, 2024, available on the Internet Archive: https://web.archive.org/web/20240416045644/https:// privacy.paramount.com/en/policy.

5. Attached hereto as **Exhibit 1-C** is a true and correct copy of Paramount's Privacy Policy (which applies to the CBS Sports website), with an effective date of March 4, 2021, available on the Internet Archive: https://web.archive.org/web/20220513131351/https://privacy.paramount.com/en/policy.

6. Attached hereto as **Exhibit 2-A** is a true and correct copy of Move Inc.'s Privacy Policy (which applies to Realtor.com), with an effective date of July 14, 2025, which is publicly available on Realtor.com's website: https://www.realtor.com/privacy-notice/.

7. Attached hereto as **Exhibit 2-B** is a true and correct copy of Move Inc.'s Privacy Policy (which applies to Realtor.com), with an effective date of January 2, 2025, available on the Internet Archive: https://web.archive.org/web/20250114062341/https://www.realtor.com/privacy-notice/.

8. Attached hereto as **Exhibit 3-A** is a true and correct copy of Move Inc.'s Cookie Policy (which applies to Realtor.com), with an effective date of March 11, 2025, which is publicly available on Realtor.com's website: https://www.realtor.com/about/cookie-notice.php.

9. Attached hereto as **Exhibit 3-B** is a true and correct copy of Move Inc.'s Cookie Policy (which applies to Realtor.com), with an effective date of August 21, 2024, available on the Internet Archive: https://web.archive.org/web/20250117231744/https://www.realtor.com/about/cookie-notice.php.

10. Attached hereto as **Exhibit 4-A** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of January 22, 2025, which is publicly available on A360's website: https://accelerate360.com/business-services/a360-media/privacy-policy/.

11. Attached hereto as **Exhibit 4-B** is a true and correct copy of A360 Media, LLC

and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of November 7, 2024, available on the Internet Archive: https://web.archive.org/web/20241119013026/https://accelerate360.com/privacy-policy/.

12. Attached hereto as **Exhibit 4-C** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of June 28, 2024, available on the Internet Archive: https://web.archive.org/web/20240628174317/https://accelerate360.com/privacy-policy/.

13. Attached hereto as **Exhibit 4-D** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of November 30, 2023, available on the Internet Archive: https://web.archive.org/web/20240318233124/https://accelerate360.com/privacy-policy/.

14. Attached hereto as **Exhibit 4-E** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of May 5, 2022, available on the Internet Archive: https://web.archive.org/web/20220528051901/https://accelerate360.com/privacy-policy/.

15. Attached hereto as **Exhibit 5-A** is a true and correct copy of A360 Media, LLC and Accelerate 360's Cookie Policy ("A360") (which applies to the US Magazine website), as it appeared on May 27, 2025, available on the Internet Archive: https://web.archive.org/web/20250527150040/https://accelerate360.com/business-services/a360-media/cookie-policy/.

16. Attached hereto as **Exhibit 5-B** is a true and correct copy of A360 Media, LLC and Accelerate 360's Cookie Policy ("A360") (which applies to the US Magazine website), as it appeared on April 17, 2024, available on the Internet Archive: https://web.archive.org/web/20240417000445/https://accelerate360.com/business-services/a360-media/cookie-policy/.

17. Attached hereto as **Exhibit 5-C** is a true and correct copy of A360 Media, LLC and Accelerate 360's Cookie Policy (which applies to the US Magazine website), as it appeared on August 5, 2022, available on the Internet Archive: https://web.archive.org/web/20220805023836/https://accelerate360.com/business-services/a360-media/cookie-policy/.

18. Attached hereto as **Exhibit 6-A** is a true and correct copy of the sign-up page for CBS Sports, as it appeared on June 17, 2025, which is publicly available on CBS Sports' website: https://www.cbssports.com/registration.

19. Attached hereto as **Exhibit 6-B** is a true and correct copy of the sign-up page for CBS Sports, as it appeared on April 20, 2024, available on the Internet Archive: https://web.archive.org/web/20240420201046/https://www.cbssports.com/registration.

20. Attached hereto as **Exhibit 7** is a true and correct copy of the sign-up page for Realtor.com, as it appeared on June 24, 2025, which is publicly available on Realtor.com's website: https://www.realtor.com/ (Select "Log in or create an account"; enter email address and press "Continue").

21. Attached hereto as **Exhibit 8** is a true and correct copy of the sign-up page for US Magazine, as it appeared on June 17, 2025, which is publicly available on US Magazine's website: https://www.usmagazine.com/ (Select "Need an account? Sign up now!").

22. Counsel for Yahoo attempted to locate earlier copies of the sign-up pages for Realtor.com and US Magazine but was unable to do so using the Wayback Machine.

23. Attached hereto as **Exhibit 9-A** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on December 6, 2024, available on the Internet Archive: https://web.archive.org/web/20241206183120/https://legal.yahoo.com/us/en/yahoo/privacy/index.html. This version of Yahoo's Privacy Policy is still in effect and publicly available on Yahoo's website as

of August 4, 2025: https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

24. Attached hereto as **Exhibit 9-B** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on September 27, 2024, available on the Internet Archive: https://web.archive.org/web/20240927134651/https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

25. Attached hereto as **Exhibit 9-C** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on July 19, 2023, available on the Internet Archive: https://web.archive.org/web/20230719102819/https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

26. Attachd hereto as **Exhibit 9-D** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on September 1, 2021, available on the Internet Archive: https://web.archive.org/web/20210901210219/https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

27. Attached hereto as **Exhibit 10-A** is a true and correct copy of Yahoo's Privacy Policy: Collection, Use, and Linking Technical Identifiers, as it appeared on May 30, 2025, available on the Internet Archive: https://web.archive.org/web/20250530081427/https://legal.yahoo.com/us/en/yahoo/privacy/technical-identifiers/index.html. This version of Yahoo's Privacy Policy: Collection, Use, and Linking Technical Identifiers is still in effect and publicly available on Yahoo's website as of August 4, 2025: https://legal.yahoo.com/us/en/yahoo/privacy/technical-identifiers/index.html.

28. Attached hereto as **Exhibit 10-B** is a true and correct copy of Yahoo's Privacy Policy: Collection, Use, and Linking Technical Identifiers, as it appeared on April 1, 2024, available on the Internet Archive: https://web.archive.org/web/20240401071905/https://legal.yahoo.com/us/en/yahoo/privacy/technical-identifiers/index.html.

29. Attached hereto as **Exhibit 10-C** is a true and correct copy of Yahoo's Privacy

Policy: Collection, Use, and Linking Technical Identifiers, as it appeared on September 22, 2021, available on the Internet Archive: https://web.archive.org/web/20210922104644/https://legal.yahoo.com/us/en/yahoo/privacy/technical-identifiers/index.html.

30. Attached hereto as **Exhibit 11-A** is true and correct copy of Yahoo's Cookie Policy, as it appeared on May 14, 2025, available on the Internet Archive: https://web.archive.org/web/20250514105955/https:/legal.yahoo.com/us/en/yahoo/privacy/topics/cookies/index.html. This version of Yahoo's Cookie Policy is still in effect and publicly available on Yahoo's website as of August 4, 2025: https:/legal.yahoo.com/us/en/yahoo/privacy/topics/cookies/index.html.

31. Attached hereto as **Exhibit 11-B** is true and correct copy of Yahoo's Cookie Policy, as it appeared on April 25, 2024, available on the Internet Archive: https://web.archive.org/web/20240425192139/https:/legal.yahoo.com/us/en/yahoo/privacy/topics/cookies/index.html.

32. Attached hereto as **Exhibit 11-C** is a true and correct copy of Yahoo's Cookie Policy, as it appeared on September 15, 2021, available on the Internet Archive: https://web.archive.org/web/20210915062927/https://legal.yahoo.com/us/en/yahoo/privacy/topics/cookies/index.html.

33. Attached hereto as **Exhibit 12-A** is a true and correct copy of Yahoo's ConnectID Integration Page, as it appeared on May 14, 2025, available on the Internet Archive: https://web.archive.org/web/20250514133850/https://help.yahooinc.com/connect-id/docs/integrating-with-yahoo-connectid. This version of Yahoo's ConnectID Integration Page is still in effect and publicly available on Yahoo's website as of August 4, 2025: https://help.yahooinc.com/connect-id/docs/integrating-with-yahoo-connectid.

34. Attached hereto as **Exhibit 12-B** is a true and correct copy of Yahoo's ConnectID Integration Page, as it appeared on September 8, 2024, available on the Internet Archive: https://web.archive.org/web/20240908120007/https://help.yahooinc.com/connect-id/docs/integrating-with-yahoo-connectid.

35. Attached hereto as **Exhibit 13-A** is a true and correct copy of Yahoo's ConnectID Opt-out Portal, as it appeared on May 20, 2025, available on the Internet Archive: https://web.archive.org/web/20250520071908/https://guce.yahoo.com/connectid/optout. This version of Yahoo's ConnectID Opt-out Portal is still in effect and publicly available on Yahoo's website as of August 4, 2025: https://guce.yahoo.com/connectid/optout.

36. Attached hereto as **Exhibit 13-B** is a true and correct copy of Yahoo's ConnectID Opt-out Portal, as it appeared on May 29, 2024, available on the Internet Archive: https://web.archive.org/web/20240529171105/https://guce.yahoo.com/connectid/optout.

37. Attached hereto as **Exhibit 14-A** is a true and correct copy of Yahoo's Opt-In Opt-Out Toggle, as it appeared on February 19, 2025, available on the Internet Archive: https://web.archive.org/web/20250219185427/https://help.yahooinc.com/connect-id/docs/create-an-easy-opt-in-opt-out-toggle. This version of Yahoo's Opt-In Opt-Out Toggle is still in effect and publicly available on Yahoo's website as of August 4, 2025: https://help.yahooinc.com/connect-id/docs/create-an-easy-opt-in-opt-out-toggle.

38. Attached hereto as **Exhibit 14-B** is a true and correct copy of Yahoo's Opt-In Opt-Out Toggle, as it appeared on October 6, 2024, available on the Internet Archive: https://web.archive.org/web/20241006140250/https://help.yahooinc.com/connect-id/docs/create-an-easy-opt-in-opt-out-toggle.

39. Attached hereto as **Exhibit 15** is a true and correct copy of the Legislative

Counsel's Digest for Assembly Bill No. 929, dated August 13, 2015.

40. Attached hereto as **Exhibit 16** is a true and correct copy of the Hearing of the Assembly Committee on Appropriations regarding Assembly Bill No. 929, dated April 29, 2015.

41. Attached hereto as **Exhibit 17** is a true and correct copy of the Assembly Floor Analysis, Concurrence in Senate Amendments regarding Assembly Bill No. 929, dated June 17, 2015.

42. Attached hereto as **Exhibit 18** is a true and correct copy of the Hearing of the Assembly Committee on Privacy and Consumer Protection regarding Assembly Bill No. 929, dated April 21, 2015.

43. Attached hereto as **Exhibit 19** is a true and correct copy of the Hearing of the Assembly Committee on Public Safety regarding Assembly Bill No. 929, dated April 7, 2015.

44. Attached hereto as **Exhibit 20** is a true and correct copy of the Senate Floor Analysis regarding Assembly Bill No. 929, dated July 1, 2015.

45. Attached hereto as **Exhibit 21** is a true and correct copy of the Hearing of the Senate Committee on Public Safety regarding Assembly Bill No. 929, dated June 16, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2025, in New York, New York.

Dated: New York, NY
August 4, 2025

*By:* Jacob Arber
Jacob U. Arber