UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
TYLER BAKER et al., individually and :        25cv2797 (DLC)
on behalf of all others similarly    :
situated,                            :                ORDER
                                     :
                          Plaintiff, :
              -v-                    :
                                     :
YAHOO INC.,                          :
                                     :
                          Defendant. :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

        On August 4, 2025, the defendant filed a motion to dismiss

the plaintiffs' complaint of June 6 pursuant to Rule 12(b)(6),

Fed. R. Civ. P.  An Order of June 24, as modified by an Order of

July 30, had directed the plaintiffs to file any amended

complaint by September 4 and alerted the plaintiffs that they

would likely not have another opportunity to amend.  The

plaintiffs filed an amended complaint on September 4.

Accordingly, it is hereby

        ORDERED that the defendant's August 4 motion is dismissed

as moot.

        IT IS FURTHER ORDERED that any renewed motion to dismiss

will be served by the dates indicated below:

        -    Motion served by **September 19**
        -    Opposition served by **October 3**
        -    Reply served by **October 10**

At the time any reply is filed, the moving party shall supply

Chambers with two (2) courtesy copies of all motion papers by
mailing or delivering them to the United States Courthouse, 500
Pearl Street, New York, New York.

Dated:     New York, New York
           September 5, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge