# GIBSON DUNN

Lauren Goldman
Partner
T: +1 212.351.2375
M: +1 646.509.4942
lgoldman@gibsondunn.com

September 16, 2025

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Baker v. Yahoo Inc. and Yahoo Ad Tech LLC*, Case No. 1:25-cv-02797-DLC (S.D.N.Y.)

Dear Judge Cote:

We represent Defendants Yahoo, Inc. and Yahoo Ad Tech LLC in the above-referenced matter. We write, with plaintiffs' consent, to seek a short extension of the briefing schedule on Yahoo's forthcoming motion to dismiss plaintiffs' Second Amended Complaint.

On September 5, 2025, the Court reset the briefing schedule as follows: Yahoo's motion to dismiss plaintiffs' Second Amended Complaint is due on September 19, 2025. Plaintiffs' response to Yahoo's motion to dismiss is due on October 3, 2025. Yahoo's reply is due on October 10, 2025.

Due to unforeseen conflicts, Yahoo requested plaintiffs' consent to a brief extension of this schedule, and plaintiffs agreed. This is Yahoo's first request for an extension of time as to the instant motion. There is no hearing currently scheduled on Yahoo's motion to dismiss.

Counsel for Yahoo conferred with counsel for plaintiffs, and the parties agreed to the following revised briefing schedule:

Yahoo's motion to dismiss will be due on September 26, 2025. Plaintiffs' opposition to the motion to dismiss will be due on October 17, 2025. Yahoo's reply, if any, will be due on October 31, 2025.

We thank the Court for its consideration.

Respectfully submitted,

So ordered.

*/s/ Lauren Goldman*
Lauren Goldman

*Denise Cote*
9/16/25

Cc: All counsel of record (via ECF)

Gibson, Dunn & Crutcher LLP
200 Park Avenue | New York, NY 10166-0193 | T: 212.351.4000 | F: 212.351.4035 | gibsondunn.com