**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TYLER BAKER, WILLIAM DAVIS, BRIAN HUNTING, LOUIS CORVI, CHRISTOPHER HACKETT, and RATIEK LOWERY individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO INC., and YAHOO AD TECH LLC,<br><br>Defendants. | Case No. 1:25-cv-2797-DLC<br><br>Hon. Denise L. Cote |

**DECLARATION OF JACOB U. ARBER IN SUPPORT OF YAHOO INC. AND YAHOO AD TECH LLC's MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

I, Jacob U. Arber, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP and counsel to Defendants Yahoo Inc. and Yahoo Ad Tech LLC ("Yahoo") in the above-captioned action. I am licensed to practice law in the States of New York and California. I am a member of the bar of this Court.

2. I submit this declaration in support of Defendants Yahoo Inc. and Yahoo Ad Tech LLC's Motion to Dismiss, dated September 26, 2025.

3. Attached hereto as **Exhibit 1-A** is a true and correct copy of Paramount's Privacy Policy (which applies to the CBS Sports website), with an effective date of August 7, 2025, which is publicly available on Paramount's website: https://www.viacomcbsprivacy.com /en/policy.

4. Attached hereto as **Exhibit 1-B** is a true and correct copy of Paramount's Privacy Policy (which applies to the CBS Sports website), with an effective date of February 26,

2025, available on the Internet Archive: https://web.archive.org/web/20250226175216/https://www.viacomcbsprivacy.com/en/policy.

5. Attached hereto as **Exhibit 1-C** is a true and correct copy of Paramount's Privacy Policy (which applies to the CBS Sports website), with an effective date of April 15, 2024, available on the Internet Archive: https://web.archive.org/web/20240416045644/https://privacy.paramount.com/en/policy.

6. Attached hereto as **Exhibit 1-D** is a true and correct copy of Paramount's Privacy Policy (which applies to the CBS Sports website), with an effective date of June 27, 2023, available on the Internet Archive: https://web.archive.org/web/20230627181118/https://www.viacomcbsprivacy.com/en/policy.

7. Attached hereto as **Exhibit 1-E** is a true and correct copy of Paramount's Privacy Policy (which applies to the CBS Sports website), with an effective date of December 29, 2022, available on the Internet Archive: https://web.archive.org/web/20221230100728/https://www.viacomcbsprivacy.com/en/policy.

8. Attached hereto as **Exhibit 1-F** is a true and correct copy of Paramount's Privacy Policy (which applies to the CBS Sports website), with an effective date of March 4, 2021, available on the Internet Archive: https://web.archive.org/web/20210304163747/https://www.viacomcbsprivacy.com/en/policy.

9. Attached hereto as **Exhibit 2-A** is a true and correct copy of Move Inc.'s Privacy Policy (which applies to Realtor.com), with an effective date of July 14, 2025, which is publicly available on Realtor.com's website: https://www.realtor.com/privacy-notice/.

10. Attached hereto as **Exhibit 2-B** is a true and correct copy of Move Inc.'s Privacy Policy (which applies to Realtor.com), with an effective date of January 2, 2025, available on

the Internet Archive: https://web.archive.org/web/20250114062341/https://www.realtor.com/privacy-notice/.

11. Attached hereto as **Exhibit 3-A** is a true and correct copy of Move Inc.'s Cookie Policy (which applies to Realtor.com), with an effective date of March 11, 2025, which is publicly available on Realtor.com's website: https://www.realtor.com/about/cookie-notice.php.

12. Attached hereto as **Exhibit 3-B** is a true and correct copy of Move Inc.'s Cookie Policy (which applies to Realtor.com), with an effective date of August 21, 2024, available on the Internet Archive: https://web.archive.org/web/20250117231744/https://www.realtor.com/about/cookie-notice.php.

13. Attached hereto as **Exhibit 4-A** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of January 22, 2025, which is publicly available on A360's website: https://accelerate360.com/privacy-policy/.

14. Attached hereto as **Exhibit 4-B** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of November 7, 2024, available on the Internet Archive: https://web.archive.org/web/20241119013026/https://accelerate360.com/privacy-policy/.

15. Attached hereto as **Exhibit 4-C** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of June 28, 2024, available on the Internet Archive: https://web.archive.org/web/20240628174317/https://accelerate360.com/privacy-policy/.

16. Attached hereto as **Exhibit 4-D** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with

an effective date of November 30, 2023, available on the Internet Archive: https://web.archive.org/web/20240318233124/https://accelerate360.com/privacy-policy/.

17. Attached hereto as **Exhibit 4-E** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of August 7, 2023, available on the Internet Archive: https://web.archive.org/web/20230825204201/https://accelerate360.com/privacy-policy/.

18. Attached hereto as **Exhibit 4-F** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of June 8, 2023, available on the Internet Archive: https://web.archive.org/web/20230610081245/https://accelerate360.com/privacy-policy/.

19. Attached hereto as **Exhibit 4-G** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of April 5, 2023, available on the Internet Archive: https://web.archive.org/web/20230429065618/https://accelerate360.com/privacy-policy/.

20. Attached hereto as **Exhibit 4-H** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of December 29, 2022, available on the Internet Archive: https://web.archive.org/web/20230115202144/https://accelerate360.com/privacy-policy/.

21. Attached hereto as **Exhibit 4-I** is a true and correct copy of A360 Media, LLC and Accelerate 360's Privacy Policy ("A360") (which applies to the US Magazine website), with an effective date of May 5, 2022, available on the Internet Archive: https://web.archive.org/web/20220528051901/https://accelerate360.com/privacy-policy/.

22. Attached hereto as **Exhibit 5-A** is a true and correct copy of A360 Media, LLC

and Accelerate 360's Cookie Policy ("A360") (which applies to the US Magazine website), as it appeared on September 25, 2025, available on the Internet Archive: https://web.archive.org/web/20250905021820/https://accelerate360.com/business-services/a360-media/cookie-policy/.

23. Attached hereto as **Exhibit 5-B** is a true and correct copy of A360 Media, LLC and Accelerate 360's Cookie Policy ("A360") (which applies to the US Magazine website), as it appeared on May 27, 2025, available on the Internet Archive: https://web.archive.org/web/20250527150040/https://accelerate360.com/business-services/a360-media/cookie-policy/.

24. Attached hereto as **Exhibit 5-C** is a true and correct copy of A360 Media, LLC and Accelerate 360's Cookie Policy (which applies to the US Magazine website), as it appeared on August 5, 2022, available on the Internet Archive: https://web.archive.org/web/20220805023836/https://accelerate360.com/business-services/a360-media/cookie-policy/.

25. Attached hereto as **Exhibit 6-A** is a true and correct copy of FanDuel's Privacy Policy, with an effective date of April 28, 2025, which is publicly available on FanDuel's website: https://www.fanduel.com/privacy.

26. Attached hereto as **Exhibit 6-B** is a true and correct copy of FanDuel's Privacy Policy, with an effective date of March 26, 2025, available on the Internet Archive: https://web.archive.org/web/20250329220140/https://www.fanduel.com/privacy.

27. Attached hereto as **Exhibit 6-C** is a true and correct copy of FanDuel's Privacy Policy, with an effective date of September 5, 2023, available on the Internet Archive: https://web.archive.org/web/20240316033813/https://www.fanduel.com/privacy.

28. Attached hereto as **Exhibit 7-A** is a true and correct copy of the sign-up page for CBS Sports, as it appeared on September 25, 2025, which is publicly available on CBS Sports' website: https://www.cbssports.com/registration. This exhibit is a screenshot taken on

September 25, 2025 of the CBS Sports sign-up portal.

29. Attached hereto as **Exhibit 7-B** is a true and correct copy of the sign-up page for CBS Sports, as it appeared on June 17, 2025, which is publicly available on CBS Sports' website: https://www.cbssports.com/registration. This exhibit is a screenshot taken on June 17, 2025 of the CBS Sports sign-up portal.

30. Attached hereto as **Exhibit 7-C** is a true and correct copy of the sign-up page for CBS Sports, as it appeared on June 1, 2025, available on the Internet Archive: https://web.archive.org/web/20250601020131/https://www.cbssports.com/registration.

31. Attached hereto as **Exhibit 7-D** is a true and correct copy of the sign-up page for CBS Sports, as it appeared on April 20, 2024, available on the Internet Archive: https://web.archive.org/web/20240420201046/https://www.cbssports.com/registration.

32. Attached hereto as **Exhibit 7-E** is a true and correct copy of the sign-up page for CBS Sports, as it appeared on June 4, 2022, available on the Internet Archive: https://web.archive.org/web/20220604115258/https://www.cbssports.com/registration.

33. Attached hereto as **Exhibit 8-A** is a true and correct copy of the sign-up page for Realtor.com, as it appeared on September 25, 2025, which is publicly available on Realtor.com's website: https://www.realtor.com/ (Select "Log in or create an account"; enter email address and press "Continue"). This exhibit is a screenshot taken on September 25, 2025 of the Realtor.com sign-up portal.

34. Attached hereto as **Exhibit 8-B** is a true and correct copy of the sign-up page for Realtor.com, as it appeared on June 24, 2025, which is publicly available on Realtor.com's website: https://www.realtor.com/ (Select "Log in or create an account"; enter email address and press "Continue"). This exhibit is a screenshot taken of the Realtor.com sign-up portal on June

24, 2025.

35. Attached hereto as **Exhibit 9-A** is a true and correct copy of the sign-up page for US Magazine, as it appeared on September 25, 2025, which is publicly available on US Magazine's website: https://www.usmagazine.com/ (Select "Need an account? Sign up now!"). This exhibit is a screenshot taken of the US Magazine sign-up portal on September 25, 2025.

36. Attached hereto as **Exhibit 9-B** is a true and correct copy of the sign-up page for US Magazine, as it appeared on June 17, 2025, which is publicly available on US Magazine's website: https://www.usmagazine.com/ (Select "Need an account? Sign up now!"). This exhibit is a screenshot taken of the US Magazine sign-up portal on June 17, 2025.

37. Attached hereto as **Exhibit 10** is a true and correct copy of the sign-up page for FanDuel, as it appeared on September 8, 2025, which is publicly available on FanDuel's website: https://account.ny.sportsbook.fanduel.com/join?p=. This exhibit is a screenshot taken of the FanDuel sign-up portal on September 8, 20205.

38. Attached hereto as **Exhibit 11-A** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on September 24, 2025, available on the Internet Archive: https://web.archive.org/web/20250924023813/https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

39. Attached hereto as **Exhibit 11-B** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on December 7, 2024, available on the Internet Archive: https://web.archive.org/web/20241207153346/https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

40. Attached hereto as **Exhibit 11-C** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on September 27, 2024, available on the Internet Archive: https://web.archive.org/web/20240927134651/https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

41. Attached hereto as **Exhibit 11-D** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on July 19, 2023, available on the Internet Archive: https://web.archive.org/web/20230719102819/https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

42. Attached hereto as **Exhibit 11-E** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on April 22, 2022, available on the Internet Archive: https://web.archive.org/web/20220422032615/https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

43. Attached hereto as **Exhibit 11-F** is a true and correct copy of Yahoo's Privacy Policy, as it appeared on September 1, 2021, available on the Internet Archive: https://web.archive.org/web/20210901210219/https://legal.yahoo.com/us/en/yahoo/privacy/index.html.

44. Attached hereto as **Exhibit 12-A** is a true and correct copy of Yahoo's Privacy Policy: Collection, Use, and Linking Technical Identifiers, as it appeared on June 30, 2025, available on the Internet Archive: https://web.archive.org/web/20250630113131/https://legal.yahoo.com/us/en/yahoo/privacy/technical-identifiers/index.html.

45. Attached hereto as **Exhibit 12-B** is a true and correct copy of Yahoo's Privacy Policy: Collection, Use, and Linking Technical Identifiers, as it appeared on May 14, 2025, available on the Internet Archive: https://web.archive.org/web/20250514091814/https://legal.yahoo.com/us/en/yahoo/privacy/technical-identifiers/index.html.

46. Attached hereto as **Exhibit 12-C** is a true and correct copy of Yahoo's Privacy Policy: Collection, Use, and Linking Technical Identifiers, as it appeared on May 25, 2022, available on the Internet Archive: https://web.archive.org/web/20220525230819/https://legal.yahoo.com/us/en/yahoo/privacy/technical-identifiers/index.html.

47. Attached hereto as **Exhibit 12-D** is a true and correct copy of Yahoo's Privacy Policy: Collection, Use, and Linking Technical Identifiers, as it appeared on September 22, 2021, available on the Internet Archive: https://web.archive.org/web/20210922104644/https://legal.yahoo.com/us/en/yahoo/privacy/technical-identifiers/index.html.

48. Attached hereto as **Exhibit 13-A** is true and correct copy of Yahoo's Cookie Policy, as it appeared on September 20, 2025, available on the Internet Archive: https://web.archive.org/web/20250920012337/https://legal.yahoo.com/us/en/yahoo/privacy/topics/cookies/index.html.

49. Attached hereto as **Exhibit 13-B** is true and correct copy of Yahoo's Cookie Policy, as it appeared on May 14, 2025, available on the Internet Archive: https://web.archive.org/web/20250514105955/https:/legal.yahoo.com/us/en/yahoo/privacy/topics/cookies/index.html.

50. Attached hereto as **Exhibit 13-C** is a true and correct copy of Yahoo's Cookie Policy, as it appeared on September 15, 2021, available on the Internet Archive: https://web.archive.org/web/20210915062927/https://legal.yahoo.com/us/en/yahoo/privacy/topics/cookies/index.html.

51. Attached hereto as **Exhibit 14-A** is a true and correct copy of Yahoo's ConnectID Integration Page, as it appeared on July 10, 2025, available on the Internet Archive: https://web.archive.org/web/20250710190638/https://help.yahooinc.com/connect-id/docs/integrating-with-yahoo-connectid.

52. Attached hereto as **Exhibit 14-B** is a true and correct copy of Yahoo's ConnectID Integration Page, as it appeared on May 14, 2025, available on the Internet Archive: https://web.archive.org/web/20250514133850/https://help.yahooinc.com/connect-

id/docs/integrating-with-yahoo-connectid.

53. Attached hereto as **Exhibit 14-C** is a true and correct copy of Yahoo's ConnectID Integration Page, as it appeared on September 8, 2024, available on the Internet Archive: https://web.archive.org/web/20240908120007/https://help.yahooinc.com/connect-id/docs/integrating-with-yahoo-connectid.

54. Attached hereto as **Exhibit 15-A** is a true and correct copy of Yahoo's ConnectID Opt-out Portal, as it appeared on August 10, 2025, available on the Internet Archive: https://web.archive.org/web/20250810033637/https://guce.yahoo.com/connectid/optout.

55. Attached hereto as **Exhibit 15-B** is a true and correct copy of Yahoo's ConnectID Opt-out Portal, as it appeared on May 20, 2025, available on the Internet Archive: https://web.archive.org/web/20250520071908/https://guce.yahoo.com/connectid/optout.

56. Attached hereto as **Exhibit 15-C** is a true and correct copy of Yahoo's ConnectID Opt-out Portal, as it appeared on May 29, 2024, available on the Internet Archive: https://web.archive.org/web/20240529171105/https://guce.yahoo.com/connectid/optout.

57. Attached hereto as **Exhibit 16-A** is a true and correct copy of Yahoo's Opt-In Opt-Out Toggle, as it appeared on June 17, 2025, available on the Internet Archive: https://web.archive.org/web/20250617110237/https://help.yahooinc.com/connect-id/docs/create-an-easy-opt-in-opt-out-toggle.

58. Attached hereto as **Exhibit 16-B** is a true and correct copy of Yahoo's Opt-In Opt-Out Toggle, as it appeared on February 19, 2025, available on the Internet Archive: https://web.archive.org/web/20250219185427/https://help.yahooinc.com/connect-id/docs/create-an-easy-opt-in-opt-out-toggle.

59. Attached hereto as **Exhibit 16-C** is a true and correct copy of Yahoo's Opt-In

Opt-Out Toggle, as it appeared on October 6, 2024, available on the Internet Archive: https://web.archive.org/web/20241006140250/https://help.yahooinc.com/connect-id/docs/create-an-easy-opt-in-opt-out-toggle.

60. Attached hereto as **Exhibit 17 is** a true and correct copy of the Legislative Counsel's Digest for Assembly Bill No. 929, dated August 13, 2015.

61. Attached hereto as **Exhibit 18** is a true and correct copy of the Hearing of the Assembly Committee on Appropriations regarding Assembly Bill No. 929, dated April 29, 2015.

62. Attached hereto as **Exhibit 19** is a true and correct copy of the Assembly Floor Analysis, Concurrence in Senate Amendments regarding Assembly Bill No. 929, dated June 17, 2015.

63. Attached hereto as **Exhibit 20** is a true and correct copy of the Hearing of the Assembly Committee on Privacy and Consumer Protection regarding Assembly Bill No. 929, dated April 21, 2015.

64. Attached hereto as **Exhibit 21** is a true and correct copy of the Hearing of the Assembly Committee on Public Safety regarding Assembly Bill No. 929, dated April 7, 2015.

65. Attached hereto as **Exhibit 22** is a true and correct copy of the Senate Floor Analysis regarding Assembly Bill No. 929, dated July 1, 2015.

66. Attached hereto as **Exhibit 23** is a true and correct copy of the Hearing of the Senate Committee on Public Safety regarding Assembly Bill No. 929, dated June 16, 2015.

Dated: New York, NY
September 26, 2025

*By:* Jacob Arber ____________________
Jacob U. Arber