UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYLER BAKER, WILLIAM DAVIS, BRIAN HUNTING, LOUIS CORVI, CHRISTOPHER HACKETT, LOUIS CORVI, and RATIEK LOWERY, individually and on behalf of all others similarly situated,

Plaintiff(s)

- v -

Yahoo Inc. and Yahoo Ad Tech LLC

Defendant(s)

**CORRECTED**
**RULE 7.1 STATEMENT**

1:25-cv-2797-DLC

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Yahoo Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Yahoo Inc. is an indirect wholly-owned subsidiary of College Parent, L.P.
Yahoo Inc. is part of Apollo Investment Fund IX's portfolio, in which Apollo Global Management has an indirect interest. There is no publicly-held corporation that owns a 10% or more interest in Apollo Global Management.
Verizon Communications Inc. retains an indirect minority ownership interest of approximately 10% of Inc. There is no publicly-held corporation that owns a 10% interest in Verizon Communications Inc.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Yahoo Inc. is a Delaware limited liability company with its principal place of business in New York.

9/26/2025

Date

/s/ Jacob U. Arber

Signature of Attorney

JA1492

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).