```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
TYLER BAKER et al., individually and      :    25cv2797 (DLC)
on behalf of all others similarly         :
situated,                                 :         ORDER
                                          :
                         Plaintiff,       :
              -v-                         :
                                          :
YAHOO INC. and YAHOO AD TECH LLC,         :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of November 19, 2025 instructs the plaintiffs to make a more definite statement as provided for in Rule 12(e), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that the plaintiffs shall by **December 3, 2025** submit an amended pleading that identifies when the plaintiffs created their accounts with CBS Sports, Realtor.com, US Magazine, and FanDuel. The amended pleading will also include any other information that is available to the plaintiffs and necessary for the defendants to identify (1) the interfaces the plaintiffs encountered when signing up for these websites and (2) policies that are linked or otherwise referenced in those interfaces.

IT IS FURTHER ORDERED that the September 26, 2025 motion to dismiss and request for judicial notice are denied without prejudice to renewal on the following schedule:

- Motion served by **December 17, 2025**
- Opposition served by **January 8, 2026**
- Reply served by **January 16, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        November 19, 2025

                                   _____
                                   DENISE COTE
                                   United States District Judge