Case 1:25-cv-02797-DLC    Document 65    Filed 12/11/25    Page 1 of 2

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166
Tel 212.351.4000
www.gibsondunn.com

Lauren R. Goldman
Direct: +1 212.351.2375
LGoldman@gibsondunn.com

December 11, 2025

**VIA ECF**

*Granted.*
*Denise Cote*
*12/12/25*

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Baker v. Yahoo Inc.*, Case No. 1:25-cv-02797-DLC (S.D.N.Y.)

Dear Judge Cote:

We represent Defendants Yahoo, Inc. and Yahoo Ad Tech LLC (collectively, "Yahoo") in the above-referenced matter. We write, with plaintiffs' consent, to seek an extension of the briefing schedule on Yahoo's forthcoming response to plaintiffs' Third Amended Complaint.

On November 20, 2025, the Court ordered plaintiffs to submit an amended pleading by December 3, 2025, identifying when the plaintiffs created their accounts with CBS Sports, Realtor.com, US Magazine, and FanDuel and any other information that is available to the plaintiffs and necessary for Yahoo to identify the sign-up interfaces and applicable policies. Dkt. 63. The Court ordered Yahoo's motion to dismiss to be served by December 17, 2025; plaintiffs' opposition by January 8, 2026; and Yahoo's reply by January 16, 2026.

Plaintiffs' Third Amended Complaint ("TAC") identified eleven different dates on which plaintiffs created accounts on various third-party websites. The TAC also newly disclosed that each plaintiff also created one or more email accounts with Yahoo. In light of this information, Yahoo is currently evaluating its response to the TAC and may file one or both of a motion to dismiss or motion to compel arbitration.

Due to the upcoming holidays and to provide adequate time to assess potential responses to the TAC, Yahoo requested plaintiffs' consent to an extension of the briefing schedule. Plaintiffs agreed. This is Yahoo's first request for an extension of time to respond to the TAC. There is no hearing currently scheduled on Yahoo's response to the TAC.

The parties agreed to the below revised briefing schedule. Should Yahoo file a motion to compel arbitration, the parties may request further modifications of the briefing schedule as necessary.

Yahoo's response to the TAC will be due on January 30, 2026. Plaintiffs' opposition to Yahoo's motion(s) will be due February 23, 2026. Yahoo's reply, if any, will be due on March 9, 2026.

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.

# GIBSON DUNN

Honorable Judge Margaret M. Garnett
December 11, 2025
Page 2

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Lauren Goldman*
Lauren Goldman