GIBSON DUNN

Lauren R. Goldman
Partner
T: +1 212.351.2375
lgoldman@gibsondunn.com

January 29, 2026

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Baker v. Yahoo Inc.*, No. 25-cv-02797 (S.D.N.Y.)

Dear Judge Cote:

We write in response to plaintiffs' letter dated January 28, 2026, Dkt. 68, concerning Yahoo's letter requesting an extension of time to answer, move to dismiss, or otherwise respond to plaintiffs' Third Amended Complaint ("TAC"), Dkt. 67.

Plaintiffs' arguments in opposition to a stay are premature. On Friday, Yahoo will be filing a motion seeking to compel arbitration and stay the case in full (the "Motion"); Yahoo's letter filed yesterday merely requests an extension of Yahoo's deadline to respond to the TAC while that motion is pending. Plaintiffs may oppose Yahoo's request for a stay of this case in their future opposition to the Motion. The question of whether or not the Court should stay this case is not yet before the Court.

Even if the Court does not ultimately stay the litigation in full, an extension of the deadline to respond to the complaint is clearly the most efficient course. As explained in Yahoo's January 28 letter, Yahoo intends to move to compel arbitration for five of six the named plaintiffs. The lone remaining plaintiff is from Vermont and, as such, cannot bring claims under New York or California law. As plaintiffs themselves concede in their letter, the Court's ruling on the motion to compel arbitration will affect the scope of the case and the issues before the Court on any motion to dismiss or other responsive pleading—indeed, plaintiffs themselves suggest they may seek leave to file a *Fourth* Amended Complaint depending on how this Court rules on the motion to compel arbitration. Any motion to dismiss would therefore be premature and inefficient at this time.

Yahoo reiterates its request that its deadline to answer, move to dismiss, or otherwise respond to the TAC be extended to 30 days after the Court resolves Yahoo's forthcoming Motion. If the Court would nevertheless like Yahoo to respond to the TAC without waiting for a ruling on the motion to compel arbitration, then at a minimum, Yahoo respectfully requests that any deadline be extended to February 13.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Lauren Goldman*

Lauren Goldman