**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TYLER BAKER, WILLIAM DAVIS, BRIAN HUNTING, LOUIS CORVI, and CHRISTOPHER HACKETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO INC. and YAHOO AD TECH LLC,<br>Defendants. | Case No. 1:25-cv-2797-DLC<br><br>Hon. Denise L. Cote<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY CASE**

PLEASE TAKE NOTICE that as soon as it may be heard, in the courtroom of the Honorable Denise Cote, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 18B, New York, NY, 10007, with oral argument to be held on a date and time to be designated by the Court, Defendants Yahoo Inc. and Yahoo Ad Tech LLC (collectively, "Yahoo") hereby move this Court for an order compelling plaintiffs William Davis, Brian Hunting, Louis Corvi, Christopher Hackett, and Ratiek Lowery to submit all of their claims to arbitration as required by the binding arbitration provision in Yahoo's Terms of Service; and staying this action, and all civil court proceedings, pending the outcome of any arbitration.

Defendants' motion is based on this Notice of Motion; Defendants' Memorandum of Law in Support of its Motion to Compel Arbitration and Stay Case; the Declarations of Robert Gurwin and Jacob U. Arber in Support of Defendants' Motion to Compel Arbitration and Stay Case; any arguments of counsel; and any other such materials properly considered by the Court at any hearing on this motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's December 12, 2025 Order, Plaintiffs' deadline to oppose the motion is February 23, 2026, and Defendants' reply is due March 9, 2026.

Dated: January 30, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Lauren Goldman*

Lauren Goldman
LGoldman@gibsondunn.com
Jacob Arber
JArber@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Eric D. Vandevelde (*pro hac vice*)
EVandevelde@gibsondunn.com
Ilissa Samplin
ISamplin@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.6186

*Attorneys for Defendants Yahoo, Inc. and Yahoo Ad Tech LLC*