**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TYLER BAKER, WILLIAM DAVIS, BRIAN HUNTING, LOUIS CORVI, CHRISTOPHER HACKETT, and RATIEK LOWERY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO INC., and YAHOO AD TECH LLC,<br><br>Defendants. | Case No. 1:25-cv-2797-DLC<br><br>Hon. Denise L. Cote |

**DECLARATION OF JACOB U. ARBER IN SUPPORT OF YAHOO INC. AND YAHOO AD TECH LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

I, Jacob U. Arber, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP and counsel to Defendants Yahoo Inc. and Yahoo Ad Tech LLC ("Yahoo") in the above-captioned action. I am licensed to practice law in the States of New York and California. I am a member of the bar of this Court.

2. I submit this declaration in support of Defendants Yahoo Inc. and Yahoo Ad Tech LLC's Motion to Compel Arbitration and Stay Proceedings, dated January 30, 2026.

3. On November 21, 2025, counsel for Yahoo for the first time received correspondence from plaintiffs' counsel identifying Yahoo email addresses for plaintiffs Tyler Baker, Christopher Hackett, and Ratiek Lowery.

4. On December 2, 2025, counsel for Yahoo for the first time received correspondence from plaintiffs' counsel identifying Yahoo email addresses for plaintiffs Louis Corvi, William Davis, and Brian Hunting.

5. Attached hereto as **Exhibit 1** is a true and correct copy of National Arbitration and Mediation's Comprehensive Dispute Resolution Rules and Procedures, which is publicly available at the following link: https://www.namadr.com/content/uploads/2025/12/Comprehensive-Rules-as-of-12.16.25.pdf.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the American Arbitration Association's Commercial Arbitration Rules and Mediation Procedures, which is publicly available at the following link: https://www.adr.org/media/qielmf0g/2025_commercialrules_web.pdf.

7. I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Dated: New York, NY
January 30, 2026

*By:* Jacob Arber

Jacob U. Arber