UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
TYLER BAKER et al., individually and      :
on behalf of all others similarly         :
situated,                                 :          25cv2797 (DLC)
                                          :
                         Plaintiffs,      :          ORDER
          -v-                             :
                                          :
YAHOO INC. and YAHOO AD TECH LLC,         :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     On January 30, 2026, the defendants filed a motion to

compel arbitration.  Accordingly, it is hereby

     ORDERED that the plaintiffs' opposition to the defendants'

motion shall be filed by February 27, 2026.  The defendants'

reply, if any, shall be filed by March 13.  At the time any

reply is filed, the moving party shall supply Chambers with two

(2) courtesy copies of all motion papers by mailing or

delivering them to the United States Courthouse, 500 Pearl

Street, New York, New York.

Dated:    New York, New York
          February 6, 2026

                              _____
                                        DENISE COTE
                              United States District Judge