# GIBSON DUNN

Lauren Goldman
Partner
T: +1 212.351.2375
lgoldman@gibsondunn.com

June 2, 2026

**VIA ECF**

*Granted.*
*Denise Cote*
*6/3/26*

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Baker v. Yahoo Inc.*, No. 25-cv-02797 (S.D.N.Y.) – Letter Motion to Seal

Dear Judge Cote:

We represent Defendants Yahoo Inc. and Yahoo Ad Tech LLC (collectively, "Yahoo") in the above-referenced matter. For substantially the same reasons as stated in Dkt. 92, Yahoo's confidential material in Defendants' Reply in Support of Defendants' Motion to Compel Arbitration (the "Reply") and Exhibits A and B to the Opposition (the "Exhibits") should be sealed.

The portions of the transcript of the deposition of Robert Gurwin that comprise Exhibit A, Exhibit B, and the portions of the Reply that reference those Exhibits reveal information concerning confidential and proprietary Yahoo systems, including Yahoo's confidential account management tool, which tracks certain confidential data concerning Yahoo accountholders. Gurwin Decl. ¶¶ 3-4.[1]

Courts in this Circuit regularly find that "the presumption of access may be outweighed when there are considerations of the need to conceal confidential business information that could harm a defendant's competitive position or reveal a trade secret." *Ramirez v. Temin & Co., Inc.*, 2020 WL 6781222, at *3 (S.D.N.Y. Nov. 18, 2020). The information revealed and reflected in Exhibits A and B is confidential and proprietary, and public disclosure could result in competitors seeking to duplicate Yahoo's internal tools or developing an understanding of precisely what information Yahoo collects and maintains about its users. *See JMG Improvements, Inc. v. Arch Specialty Ins. Co.*, 2021 WL 3173022, at *2 (S.D.N.Y. July 26, 2021) (granting motion to seal material treated confidentially, the disclosure of which competitors may "seek[] to duplicate or reconstruct").

Respectfully submitted,

*/s/ Lauren Goldman*
Lauren Goldman

---

[1] "Gurwin Decl." refers to the concurrently filed Declaration of Robert Gurwin in support of Defendants' Letter Motion to Seal.