UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TYLER BAKER, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>YAHOO INC. and YAHOO AD TECH LLC,<br><br>Defendants. | : | 25cv2797 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On January 30, 2026, defendants filed a motion to compel arbitration of five of the six named plaintiffs' claims. These five plaintiffs have active Yahoo accounts: Louis Corvi, William Davis, Christopher Hackett, Brian Hunting, and Ratiek Lowery. The defendants also moved to stay the claims against the remaining plaintiff, Tyler Baker, whose Yahoo accounts were deactivated for inactivity, but "reserve[] the right to move to compel arbitration of Baker's claims if it later discovers he agreed to the arbitration clause." The motion was fully submitted on June 2. Baker opposes any stay of his claims.

An Order and Opinion of August 26 granted the defendants' motion to compel arbitration of the five named plaintiffs' claims. It is hereby

ORDERED that the parties shall confer and advise the Court, by **September 4, 2026**, whether limited discovery should proceed

on the question of whether plaintiff Baker is also bound by an agreement to arbitrate his claims.

Dated: New York, New York
August 26, 2026

DENISE COTE
United States District Judge